IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>                        Plaintiff,       )<br>                                                         )        8:11CR92<br>        vs.                                          )<br>                                                         )        ORDER<br>TRACEY JONES,                           )<br>                                                         )<br>                        Defendant.   )<br>                                                         ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [19] due to defense counsel's scheduling conflict.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for July 26, 2011 is continued to **August 23, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 26, 2011 and August 23, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 13, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**